IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| JIMMY O'NEAL, PERSONAL REPRESENTATIVE OF THE ESTATE OF MARTHA O'NEAL, (DECEASED) | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:21-cv-159-GHD-RP |
| JAMES WRIGHT; WRIGHT 1 SOLUTIONS, INC.; B&G LOGISTICS CO., LLC; HM PRIDE d/b/a HUMP LEASING, LLC AND MADISON MOBILE STORAGE, INC. | DEFENDANTS |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on an Agreed Order of Dismissal with Prejudice presented by the parties, and the Court being advised that this matter has been resolved by reason of settlement, finds that this cause should be dismissed with prejudice.

IT IS THEREFORE ORDERED that Plaintiff's claims, on behalf of and as personal representative of the Estate of Martha O'Neal, against Defendants are hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

SO ORDERED, this the 13th day of January, 2023.

_____
SENIOR U.S. DISTRICT JUDGE

Approved by:

*/s/Martin Zummach*
Martin Zummach (MSB#: 9682)

*/s/Mark N. Halbert*
Mark N. Halbert (MSB#: 100048)

*/s/David E. Rozier, Jr.*
David E. Rozier, Jr. (MSB#: 5712)